AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of New Jersey_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>for the District of New Jersey |
|---|---|---|
| PLAINTIFF<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation | | DEFENDANT<br>PRUDENTIAL BANK, a Pennsylvania Corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attachment A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| William T. Walsh | John Reilly | 3/22/2018 |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# ATTACHMENT A

| Trademark | First Use | Reg. No. and Reg. Date | App. No. and App. Date |
|---|---|---|---|
| PRUDENTIAL | 1896 | 693628<br>February 23, 1960 | 72/074,686<br>May 28, 1959 |
| PRUDENTIAL | October 28, 1982 | 3,229,716<br>April 17, 2007 | 78/908,191<br>June 14, 2006 |
| Prudential (logo) | January 1989 | 1,580,456<br>January 30, 1990 | 73/798,998<br>May 10, 1989 |
| Prudential (logo) | May 4, 1996 | 2,110,034<br>October 28, 1997 | 75/174,466<br>September 30, 1996 |
| Prudential (logo) | July 1, 1997 | 2,120,631<br>December 9, 1997 | 75/167,524<br>September 17, 1996 |
| PRUDENTIAL FINANCIAL | May 1, 2001 | 2,646,316<br>November 5, 2002 | 75/822,693<br>October 13, 1999 |
| Prudential Financial (logo) | May 1, 2001 | 2,488,926<br>September 11, 2001 | 75/822,692<br>October 13, 1999 |
| PRUDENTIAL.COM | September 5, 1999 | 2,549,502<br>March 19, 2002 | 76/138,566<br>September 30, 2000 |
| PRUDENTIAL RETIREMENT | July 23, 2003 | 2,866,851<br>July 27, 2004 | 78/280,471<br>July 29, 2003 |