

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Tricia B. O'Reilly
Direct Dial: (973) 757-1104
toreilly@walsh.law

April 12, 2018

**VIA ECF AND FIRST-CLASS MAIL**
Hon. Mark Falk, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *The Prudential Insurance Company of America v. Prudential Bank*
            Civil Action No. 2:18-cv-03845 (JMV)(MF)

Dear Judge Falk:

    This firm, together with Partridge Partners PC, represents Plaintiff The Prudential Insurance Company of America ("Plaintiff") in connection with the above-referenced matter. We write on behalf of Plaintiff and Defendant Prudential Bank to request that the time within which Prudential Bank may answer, move or otherwise respond to Plaintiff's Complaint be extended from April 17, 2018 to May 1, 2018.

    Should the requested extension meet with Your Honor's approval, we respectfully request that Your Honor "So Order" this correspondence and have it entered on the docket.  Of course, should Your Honor or Your Honor's staff have any questions regarding the within request, we are always available.

    We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                *s/Tricia B. O'Reilly*

                                                Tricia B. O'Reilly

SO ORDERED, this _____, day of _____, 2018.

_____
Hon. Mark Falk, U.S.M.J.